**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **MARLIN E. JONES,** ) | **CASE NO. 8:10CV6** |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **MEMORANDUM** |
| ) | **AND ORDER** |
| **CITY OF NORTH PLATTE, MARTIN** ) | |
| **GUTSCHENRITTER, Chief of Police,** ) | |
| **KENDALL ALLISON, Police Officer,** ) | |
| **and JEANNE HINRICH,** ) | |
| ) | |
| Defendant. ) | |

Plaintiff filed a Motion for Leave to Proceed In Forma Pauperis. (Filing No. 2). Upon review of Plaintiff's Motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is provisionally granted, and the Complaint shall be filed without payment of fees.

DATED this 8th day of January, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge